ATTORNEY(S) :
INDEX # : 1:24-cv-05416
PURCHASED/FILED : June 28, 2024
STATE OF : Illinois
COURT : U.S. District
COUNTY/DISTRICT : Northern Dist.

# AFFIDAVIT OF SERVICE

MID TOWN DISTRIBUTION, LLC

vs

BAYK KOHNS LLC, AND YEHUDA KESTENBAUM

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF __NEW YORK__ COUNTY OF __ALBANY__

__THOMAS WAINMAN__, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on __JULY 2, 2024__ at __12:31 PM__ at __c/o REGISTERED AGENTS INC., 418 BROADWAY, STE. R, ALBANY, NY 12207__ deponent did serve the following :
(Address where service was accomplished.)

## SUMMONS IN A CIVIL ACTION & COMPLAINT

on: **BAYK KOHNS LLC**

__Defendant__ (herein called recipient) therein named. , SS.:

**INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**CORP.** [x] A corporation, by delivering thereat a true copy of each to __ISAAC MONROE__ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be __FILER / AUTHORIZED AGENT__ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

Previous attempts at personal service are as follows:
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**SUITABLE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion who agreed to accept on behalf of the party.. Said premises is recipient's:  [ ] dwelling house (usual place of abode). [ ] actual place of business

**AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**MAILING COPY** [ ] On _____ deponent completed service under the last two sections by depositing a copy of the above listed documents to the above address in a First Class postpaid properly addressed plain envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

The outside of the envelope did not include a return address or indicate that the communication was from an attorney.

**DESCRIPTION** [x] A description of the person served is as follows:
(use with #1, 2 or 3)
Sex __MALE__ Color of skin __WHITE__ Hair __BLACK__ Approx.Age __36 - 50 YRS.__ Approx.Height __5' 9" - 6' 0"__
Approx. weight __161 - 200 LBS__ Other _____

**WIT. FEES** [ ] $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**NON MIL** [x] To the best of my knowledge and belief, said person was not presently in military service of the United States Government or on active duty in the military service in the State of New York at the time of service.

Sworn to before me on this
3rd day of July, 2024

NOTARY PUBLIC
YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2026

THOMAS WAINMAN

Invoice·Work Order # 2431339

Attorney File # **MID TOWN V. BAYK**

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MID TOWN DISTRIBUTION, LLC

V.

BAYK KOHNS LLC, AND YEHUDA KESTENBAUM,

CASE NUMBER: 1:24-cv-05416

ASSIGNED JUDGE: John F. Kness

DESIGNATED MAGISTRATE JUDGE: Keri L. Holleb Hotaling

TO: (Name and address of Defendant)

BAYK KOHNS LLC
c/o REGISTERED AGENTS INC.
418 Broadway, Ste R
Albany, NY 12207

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence M. Benjamin
REED SMITH LLP
10 S. Wacker Drive, 40th Flr.
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_[signature]_

(By) DEPUTY CLERK

June 28, 2024

DATE