AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MID TOWN DISTRIBUTION, LLC

V.

BAYK KOHNS LLC, AND YEHUDA KESTENBAUM,

CASE NUMBER: 1:24-cv-05416

ASSIGNED JUDGE: John F. Kness

DESIGNATED MAGISTRATE JUDGE: Keri L. Holleb Hotaling

TO: (Name and address of Defendant)

Yehuda Kestenbaum
2136 New York Avenue
Brooklyn, NY 11210-5424

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence M. Benjamin
REED SMITH LLP
10 S. Wacker Drive, 40th Flr.
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

[signature]

(By) DEPUTY CLERK

June 28, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: July 1st, 2024 |
| NAME OF SERVER (PRINT): JEFFREY COHEN | TITLE: |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

■ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: S. KESTENBAUM (WIFE)

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 17, 2024
   Date

*Signature of Server*

1204 Avenue U, Brooklyn, NY 11229
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.