UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MID TOWN DISTRIBUTION, LLC | ) | |
| | ) | |
| Plaintiff | ) | No. 1:24-cv-05416 |
| v. | ) | |
| | ) | |
| BAYK KOHNS LLC, | ) | |
| AND YEHUDA KESTENBAUM | ) | |
| | ) | |
| Plaintiffs. | ) | |

**STIPULATION AND ORDER OF DISMISSAL RETAINING JURISDICTION TO ENFORCE CERTAIN TERMS OF PAYMENT AND FORBEARANCE AGREEMENT**

The parties entered into that certain Payment and Forbearance Agreement dated June 1, 2024 ("Agreement") providing for, among other things, agreed upon schedule of payments of the amounts claimed by Plaintiff. The parties have requested that the court retain jurisdiction to enforce those terms.

Accordingly, this case is dismissed without prejudice. The court retains jurisdiction solely to enforce the following terms of the Agreement: The payment obligations under Sections 1 and 4 of the Agreement.

Unless enforcement proceedings are pending, this case will be treated for all purposes as dismissed with prejudice two years after the entry of this order, without further order of court.

The undersigned parties stipulate to the foregoing.

BAYK KOHNS LLC                                MID TOWN DISTRIBUTION, LLC

By: _____                     By: _Shmuel Wasserman_____
        D90C12183660434...                            4D8BD2DBB6A143D...

Its: _Managing Member_____                  Its: _CEO_____

_____
        D90C12183660434...
YEHUDA KESTENBAUM

Docusign Envelope ID: F4623A9A-F712-4B09-AE16-F07DC49D2A18

So ordered:

ENTER:

DATED:

_____

UNITED STATES DISTRICT JUDGE